1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
3 Designated Counsel for Service
801 I Street, 3rd Floor
4 Sacramento, California 95814
Telephone: (916) 498-5700
5
Attorney for Defendant
6 ANTONIO AUDELIO-BERNAL

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,        )   NO. CR-S-09-076 GEB
                                    )
13                 Plaintiff,       )   **STIPULATION AND [PROPOSED] ORDER**
                                    )   **CONTINUING STATUS CONFERENCE**
14      v.                          )
                                    )
15 ANTONIO AUDELIO-BERNAL,          )   Date:  July 10, 2009
     aka Jesus O. Felix-Meza,       )   Time:  9:00 a.m.
16                                  )   Judge: Garland E. Burrell, Jr.
                   Defendant.       )
17 _____  )

18

19      IT IS HEREBY STIPULATED AND AGREED TO between the United States of

20 America through Michael D. Anderson, Assistant United States Attorney,

21 and Antonio Audelio-Bernal, by and through his counsel, Matthew C.

22 Bockmon, Assistant Federal Defender, that the status conference

23 presently scheduled for July 10, 2009, be vacated and rescheduled for

24 status conference on July 17, 2009, at 9:00 a.m.

25      This continuance is being requested because defense counsel needs

26 additional time to meet with defendant and for ongoing defense

27 investigation and preparation.

28 ///

1    IT IS FURTHER STIPULATED that the period from July 10, 2009,

2 through and including July 17, 2009, be excluded in computing the time

3 within which trial must commence under the Speedy Trial Act, pursuant

4 to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and

5 preparation of counsel.

6 Dated: July 9, 2009

7                                        Respectfully submitted,

8                                        DANIEL J. BRODERICK
                                         Federal Defender

9                                        /s/ Matthew C. Bockmon

10                                       _____
                                         MATTHEW C. BOCKMON
11                                       Assistant Federal Defender
                                         Attorney for Defendant
12                                       ANTONIO AUDELIO-BERNAL

13

14 Dated: July 9, 2009

15                                       LAWRENCE G. BROWN
                                         Acting United States Attorney

16                                       /s/ Matthew C. Bockmon for

17                                       _____
                                         MICHAEL D. ANDERSON
18                                       Assistant U.S. Attorney

19

20

21                                **O R D E R**

22 IT IS SO ORDERED.

23 Dated:  July 9, 2009

24

25                          _____
                            GARLAND E. BURRELL, JR.
26                          United States District Judge

27

28