```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  ANTONIO AUDELIO-BERNAL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-09-076 GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | |
| ) | |
| ANTONIO AUDELIO-BERNAL, ) | Date: September 25, 2009 |
| aka Jesus O. Felix-Meza, ) | Time: 9:00 a.m. |
| ) | Judge: Garland E. Burrell, Jr. |
| Defendant. ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Michael D. Anderson, Assistant United States Attorney, and Antonio Audelio-Bernal, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for August 14, 2009, be vacated and a new status conference hearing date of September 25, 2009, at 9:00 a.m. be set.

This continuance is being requested because defense counsel will be unavailable as he is preparing for a two week jury trial which will be commencing on August 18, 2009, in the matter of US v. Groves.

///

1    IT IS FURTHER STIPULATED that the period from August 14, 2009,
2 through and including September 25, 2009, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.

6 Dated: August 13, 2009                Respectfully submitted,

7                                       DANIEL J. BRODERICK
                                        Federal Defender
8
                                        */s/ Matthew C. Bockmon*
9                                       _____
10                                      MATTHEW C. BOCKMON
                                        Assistant Federal Defender
                                        Attorney for Defendant
11                                      ANTONIO AUDELIO-BERNAL

12

13 Dated: August 13, 2009                LAWRENCE G. BROWN
                                        Acting United States Attorney
14
                                        */s/ Matthew C. Bockmon for*
15                                      *Michael D. Anderson*

16                                      _____
                                        MICHAEL D. ANDERSON
                                        Assistant U.S. Attorney
17

18

19                              **O R D E R**

20 IT IS SO ORDERED.

21 Dated:  August 18, 2009

22

23                                      _____
                                        GARLAND E. BURRELL, JR.
24                                      United States District Judge

25

26

27

28

Stip & Order                            2