```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  ANTONIO AUDELIO-BERNAL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-09-076 GEB |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| ANTONIO AUDELIO-BERNAL, aka Jesus O. Felix-Meza, Defendant. | Date: October 9, 2009 Time: 9:00 a.m. Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Michael D. Anderson, Assistant United States Attorney, and Antonio Audelio-Bernal, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for September 25, 2009, be vacated and a new status conference hearing date of October 9, 2009, at 9:00 a.m. be set.

This continuance is being requested because defense counsel will be unavailable as he will be on leave from September 25, 2009, through October 5, 2009.

///

1    IT IS FURTHER STIPULATED that the period from September 25, 2009,
2 through and including October 9, 2009, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.

6 Dated: September 24, 2009          Respectfully submitted,

7                                    DANIEL J. BRODERICK
                                     Federal Defender
8
                                     */s/ Matthew C. Bockmon*
9                                    _____
                                     MATTHEW C. BOCKMON
10                                   Assistant Federal Defender
                                     Attorney for Defendant
11                                   ANTONIO AUDELIO-BERNAL

12

13 Dated: September 24, 2009         LAWRENCE G. BROWN
                                     United States Attorney
14
                                     */s/ Matthew C. Bockmon for*
15                                   _____
                                     MICHAEL D. ANDERSON
16                                   Assistant U.S. Attorney

17

18
                              **O R D E R**
19
IT IS SO ORDERED.
20
Dated:   September 24, 2009
21
22
                                     _____
23                                   GARLAND E. BURRELL, JR.
                                     United States District Judge
24
25
26
27
28

Stip & Order                          2