```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTONIO AUDELIO-BERNAL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-09-076 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| ANTONIO AUDELIO-BERNAL, aka Jesus O. Felix-Meza, | Date: October 16, 2009<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Michael D. Anderson, Assistant United States Attorney, and Antonio Audelio-Bernal, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for October 9, 2009, be vacated and a new status conference hearing date of October 16, 2009, at 9:00 a.m. be set.

This continuance is being requested because defense counsel was on leave the past two weeks and will not be able to visit Mr. Audelio-Bernal at the Butte County Jail until October 13, 2009.

///

1   IT IS FURTHER STIPULATED that the period from October 9, 2009,
2 through and including October 16, 2009, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.

6 Dated: October 8, 2009          Respectfully submitted,

7                                 DANIEL J. BRODERICK
                                  Federal Defender
8
                                  /s/ Matthew C. Bockmon
9                                 _____
                                  MATTHEW C. BOCKMON
10                                Assistant Federal Defender
                                  Attorney for Defendant
11                                ANTONIO AUDELIO-BERNAL

12

13 Dated: October 8, 2009          LAWRENCE G. BROWN
                                  United States Attorney
14
                                  /s/ Matthew C. Bockmon for
15                                _____
                                  MICHAEL D. ANDERSON
16                                Assistant U.S. Attorney

17

18
                                **O R D E R**
19
IT IS SO ORDERED.
20
Dated:  October 8, 2009
21

22
                                _____
23                              GARLAND E. BURRELL, JR.
                                United States District Judge
24

25

26

27

28

Stip & Order                    2