1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ANTONIO AUDELIO-BERNAL

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,        )  NO. CR-S-09-076 GEB
                                    )
13              Plaintiff,          )  **STIPULATION AND ORDER CONTINUING**
                                    )  **STATUS CONFERENCE**
14      v.                          )
                                    )
15 ANTONIO AUDELIO-BERNAL,          )  Date:  December 4, 2009
     aka Jesus O. Felix-Meza,       )  Time:  9:00 a.m.
16                                  )  Judge: Garland E. Burrell, Jr.
                Defendant.          )
17                                  )
   _____    )
18

19      IT IS HEREBY STIPULATED AND AGREED TO between the United States of

20 America through Michael D. Anderson, Assistant United States Attorney,

21 and Antonio Audelio-Bernal, by and through his counsel, Matthew C.

22 Bockmon, Assistant Federal Defender, that the status conference

23 presently scheduled for November 6, 2009, be vacated and a new status

24 conference hearing date of December 4, 2009, at 9:00 a.m., be set.

25      This continuance is being requested because defense counsel needs

26 additional time to meet with defendant at the Butte County jail, and

27 for ongoing defense investigation and preparation.

28 / / /

1    IT IS FURTHER STIPULATED that the period from November 6, 2009, through and including December 4, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: November 3, 2009                Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       /s/ Matthew C. Bockmon
                                       _____
                                       MATTHEW C. BOCKMON
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       ANTONIO AUDELIO-BERNAL


Dated: November 3, 2009                LAWRENCE G. BROWN
                                       United States Attorney

                                       /s/ Matthew C. Bockmon for
                                       _____
                                       MICHAEL D. ANDERSON
                                       Assistant U.S. Attorney


**O R D E R**

IT IS SO ORDERED.

Dated:  November 3, 2009

                                       _____
                                       GARLAND E. BURRELL, JR.
                                       United States District Judge