```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ANTONIO AUDELIO-BERNAL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-09-076 GEB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | ) | |
| ANTONIO AUDELIO-BERNAL, aka Jesus O. Felix-Meza, | ) | Date: January 15, 2010<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Michael D. Anderson, Assistant United States Attorney, and Antonio Audelio-Bernal, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for December 4, 2009, be vacated and a new status conference hearing date of January 15, 2010, at 9:00 a.m., be set.

This continuance is being requested because defense counsel needs additional time to meet with defendant at the Butte County jail, and for ongoing defense investigation and preparation.

/ / /

1    IT IS FURTHER STIPULATED that the period from December 4, 2009,
2 through and including January 15, 2010, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.

6 Dated: December 3, 2009                Respectfully submitted,

7                                        DANIEL J. BRODERICK
                                         Federal Defender
8
                                         */s/ Matthew C. Bockmon*
9                                        _____
                                         MATTHEW C. BOCKMON
10                                       Assistant Federal Defender
                                         Attorney for Defendant
11                                       ANTONIO AUDELIO-BERNAL

12

13 Dated: December 3, 2009                BENJAMIN B. WAGNER
                                         United States Attorney
14
                                         */s/ Matthew C. Bockmon for*
15                                       _____
                                         MICHAEL D. ANDERSON
16                                       Assistant U.S. Attorney

17

18                              **O R D E R**

19

20 IT IS SO ORDERED.

21 Dated:  December 3, 2009

22

23                                       _____
                                         GARLAND E. BURRELL, JR.
24                                       United States District Judge

25

26

27

28

Stip & Order                            2